IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GENERAL MANUFACTURING, CO.,<br><br>Plaintiff,<br><br>vs.<br><br>PRIORITY 1, INC., and TFORCE FREIGHT, INC.,<br><br>Defendants. | 8:26CV241<br><br>**ORDER ON PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF THIRD CAUSE OF ACTION AGAINST DEFENDANT TFORCE FREIGHT, INC.** |

This case is before the Court on Plaintiff's Notice of Voluntary Dismissal of Third Cause of Action Against Defendant TForce Freight, Inc., Only. Filing 12 (emphasis in original). In the procedural posture of this case, district policy requires a court order on voluntary dismissal. The third cause of action is not the only claim by Plaintiff against TForce Freight because TForce is also named as a defendant in the first cause of action in Plaintiff's Complaint. *See* Filing 1-1 at 3–5. However, the third cause of action is the only one that TForce Freight asks the Court to dismiss in its Motion to Dismiss. Filing 8. Federal Rule of Civil Procedure 41 provides, "Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). The Court concludes that voluntary dismissal of Plaintiff's third cause of action against TForce without prejudice is proper, as Plaintiff requested. Filing 12 at 1. As a consequence of that voluntary dismissal, TForce Freight's Motion to Dismiss will be denied as moot. Accordingly,

IT IS ORDERED that

1.    Plaintiff's Notice of Voluntary Dismissal of Third Cause of Action Against Defendant TForce Freight, Inc., only, Filing 12, is granted, and the third cause of action in

1

Plaintiff's Complaint is dismissed without prejudice as to defendant TForce Freight, Inc., with Plaintiff and TForce Freight to bear their own attorney's fees and costs;

2.    Defendant TForce Freight's Motion to Dismiss, Filing 8, is denied as moot;

This dismissal does not apply to the first cause of action against TForce in Plaintiff's Complaint and in no way acts as a waiver of any cause of action against defendant Priority 1, Inc., in Plaintiff's Complaint.

Dated this 18th day of June, 2026.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

2